IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESUS SERVANTES,

    Petitioner,

-vs-

JASON C. GARNETT,

    Respondent.                                No. 13-cv-1199-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on April 8, 2016 (Doc. 24), the the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED without prejudice.** Judgment is in favor of the Respondent.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:  s/*Caitlin Fischer*
                                                  Deputy Clerk

**DATED:** April 11, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.04.11 12:58:36 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**